Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2091 | **DATE** | 4/26/2001 |
| **CASE TITLE** | Michael Grivesman et al. Vs. Carnival Cruise Lines | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. On Marach 15, 2001, plaintiffs belatedly did ask for transfer. We vacate the dismissal and transfer the case to the Southern District of Florida.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | APR 27 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 13 |
| ✓ | Mail A 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GRIVESMAN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) | No. 00 C 2091 |
| CARNIVAL CRUISE LINES, | ) ) ) | |
| Defendants. | ) ) | |

DOCKETED
APR 2 7 2001

## MEMORANDUM OPINION AND ORDER

On January 24, 2001, we dismissed this action for improper venue. We noted in footnote 6 that plaintiffs had not asked for transfer to the federal court in the Southern District of Florida. On March 15, 2001, plaintiffs belatedly did ask for transfer. Given that they are *pro se*, we treat the motion as one for relief from judgment for mistake or inadvertence pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. We vacate the dismissal and transfer the case to the Southern District of Florida. In doing so, we are mindful, as we have previously noted, that it is improbable that the plaintiffs, or any of them, can reasonably seek damages in excess of the $75,000 jurisdictional minimum amount. We suggest to them that their only recourse may be in the Florida state courts.

JAMES B. MORAN
Senior Judge, U. S. District Court

April 26, 2001.

